**John Ehardt, appellee, v. Max Sugerman, appellant. Gen. No. 31,711.**

Action to recover agreed price of surrender of premises. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed October 4, 1927. Rehearing denied October 17, 1927.

Wyman, Hopkins, McKeever & Colbert, for appellant; Harold Engstrom, of counsel. James R. Bryant, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**M. W. Freeman, trading as M. W. Freeman & Company, appellee, v. Maurice S. Feldman and Sadie Feldman, appellants. Gen. No. 31,749.**

Action for realty broker's commission. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed October 4, 1927.

Fruchtl & Busch, for appellants. Decker & Golden, for appellee; Milton Perlman, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Gustav Hoffman, appellee, v. Frank Schafer and Anne C. Schafer, appellants. Gen. No. 31,784.**

Action on attachment bond. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed for $200 on remittitur. Opinion filed October 4, 1927.

Jacob Katz, for appellants. Hume & Kennedy, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Stanley Litwicki, appellee, v. City of Chicago, appellant. Gen. No. 31,806.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. William N. Gemmill, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 4, 1927.

Samuel A. Ettelson, Corporation Counsel, William D. Saltiel, City Attorney, and Arthur Donoghue, Assistant Corporation Counsel, for appellant; Edwin M. Quinn and Arthur Donoghue, Assistants Corporation Counsel, of counsel. John A. Bloomingston, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.